THE PEOPLE OF THE STATE OF NEW YORK ex rel. E'LA HORTENSE TOLLIVER v. WOMEN'S AUXILIARY TO THE CLUBMEN'S BENEFICIAL LEAGUE, INC.— Motion

to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.